UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATHEW ALAN BASTIEN,

    Petitioner,

                                              Case No. 1:14-cv-322

v.

                                              HONORABLE PAUL L. MALONEY

CARMEN PALMER,

    Respondent.
_____/

**JUDGMENT**

Having issued an order adopting a report and recommendation and dismissing the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.  A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:   June 12, 2014                                        /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            Chief United States District